Douglas A. Crowder (SB# 140130)
Crowder Law Center, P.C.
350 S. Figueroa Street, Suite 190
Los Angeles, CA 90071
Tel. 213-325-3040
Fax 877-772-7094

Attorney for Debtor,
BARAKA HOLDINGS, LLC

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>BARAKA HOLDINGS, LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 2:19-bk-11612-RK<br><br>Adversary No. 2:19-ap-01148-RK |
| BARAKA HOLDINGS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ARIXA FUND III, L.P., a California limited Partnership; CROSSWIND VENTURE, L.P., a California limited partnership; JAN BRZESKI, an individual; ROBERT K. BARTH, an individual; GREG HEBNER, an individual, and DOES 1 through 20, inclusive,<br><br>Defendants. | NOTICE OF PENDENCY OF ACTION<br>[CCP SECTION 405.20] |

Notice is given that the above-entitled action was filed on the above-entitled court on May 21, 2019 by BARAKA HOLDINGS, LLC, a Delaware limited liability company, Plaintiff, against ARIXA FUND III, L.P., a California limited Partnership; CROSSWIND VENTURE FUND, L.P., A California limited partnership; JAN BRZESKI, an individual; ROBERT K. BARTH, an individual; GREG HEBNER, an individual, and DOES 1 through 20, inclusive, Defendants.

The Complaint alleges causes of action for Fraud [Counts I and II], Concealment, Breach of Contract, Rescission of All Documents and Declaratory Relief. The Complaint remains pending before the Court at this time.

The action involves allegations of fraud, intrinsic, extrinsic and on the Court, in the establishment and maintenance of documents for which the subject property stands as collateral, requests revision and/or cancellation of those documents and thus directly affects title, the right to possession and transfer of a specific parcel of real property as identified in the Complaint of the action and the related rights, duties and interests thereto.

The specific real property affected by the action is situated in whole in Los Angeles County, California, is commonly known as 2075 Lombardy Road in San Marino, California and is more specifically described as follows:

> THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF SAN MARINO, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:
>
> THE EASTERLY 115 FEET OF OT 68 OF ARDENGROVE TRACT, IN THE CITY OF SAN MARINO, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORED IN BOOK 80 PAGE 26 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.
>
> APN #: 5329-006-020

Dated: 5/21/2019

Respectfully submitted by:

[signature]

Douglas A. Crowder, Attorney for the Debtor/Plaintiff, BARAKA HOLDINGS, LLC

## ACKNOWLEDGMENT

A Notary Public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )
County of Los Angeles )

On May 21 2019 before me, William D. Johnson Notary
(insert name and title of the officer)

personally appeared Douglas A Crowder

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

WILLIAM D. JOHNSON
COMM. #2169671
Notary Public - California
Los Angeles County
My Comm. Expires Nov. 21, 2020

Signature ______________________

## PROOF OF SERVICE

I am over the age of 18 and not a party to the within matters including the lead bankruptcy matter and the within adversary proceeding. My business address is 350 S. Figueroa Street, Suite 190, Los Angeles, CA 90071.

A true and correct copy of the foregoing document entitled NOTICE OF PENDENCY OF ACTION was served in the manner stated below.

SERVED BY UNITED STATES MAIL. On May 21, 2019, I served the following persons and/or entities at the last known address in this bankruptcy case or adversary proceedings by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and by certified mail, return receipt requested, addressed as follows:

Arixa Fund III, L.P.
10960 Wilshire Boulevard, Suite 1050
Los Angeles CA 90024.

Crosswind Venture Fund, L.P.
10990 Wilshire Boulevard, Suite 440
Los Angeles CA 90024.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: 5/21/2019

Signed: ______________________
Debra Ellish